JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS (Bar No. 48291), RMangels@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Defendant TOWERS, PERRIN, FORSTER & CROSBY, INC., a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODIANCE CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>TOWERS, PERRIN, FORSTER & CROSBY, INC.,<br><br>             Defendant. | CASE NO.   C-08-02824 PJH<br><br>Complaint filed:           June 5, 2008<br>State Court Complaint filed: May 6, 2008<br>Trial date:                none set |

PROOF OF SERVICE RE:

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (B)

[DIVERSITY JURISDICTION]

---

739361v1

PROOF OF SERVICE CASE NO. CV 08 2824 PJH

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On June 9, 2008 I served the document(s) described as

1. Notice of Removal of Action Pursuant to 28 U.S.C.§ 1441 (b) [Diversity Jurisdiction];
2. Notice to Adverse Party of Removal to Federal Court;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Standing Order Re Removed Cases;
5. Local Rules Guidelines; ECF Registration Information Handout;
6. Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Consenting to a Magistrate Judge's Jurisdiction In Northern District of California booklet;

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Vernon J. Granneman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA  94304

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At         , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on June 9, 2008 at San Francisco, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Angela Pereira