```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (SBN 083532)
 2  DIANNE L. SWEENEY (SBN 187198)
    2475 Hanover Street
 3  Palo Alto, CA  94304-1114
    Telephone: (650) 233-4500
 4  Facsimile: (650) 233-4545

 5  Attorneys for Plaintiff
    PRODIANCE CORPORATION
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PRODIANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOWERS, PERRIN, FORSTER & CROSBY, INC.,<br><br>Defendant. | Case No. CV 08 02824 PJH<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint filed:  May 6, 2008<br>Trial Date:  None set |
|---|---|

Plaintiff Prodiance Corporation demands a jury trial as provided for in Federal Rules of Civil Procedure 38.

Dated: June 16, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP


By */s/ Vernon H. Granneman*
   Vernon H. Granneman
   Attorneys for Plaintiff
   PRODIANCE CORPORATION

701135676v1                              - 1 -                         DEMAND FOR JURY TRIAL
                                                                       Case No. CV 08 02824 PJH