# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Prodiance Corporation

CASE NO.  C 08 02824 PJH

Plaintiff(s),

v.

Towers, Perrin, Forster & Crosby, Inc.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   **Court Processes:**
     Non-binding Arbitration (ADR L.R. 4)
     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

   **Private Process:**
     Private ADR *(please identify process and provider)*  _____  _____

The parties agree to hold the ADR session by:
   ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

     other requested deadline _____  _____  ____  _____

Dated: 8/20/08_____

        /s/ Vernon H. Granneman _____
        Attorney for Plaintiff

Dated: 8/20/08_____

        /s/ Matthew S. Kenefick
        Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
             Non-binding Arbitration
             Early Neutral Evaluation (ENE)
✓         Mediation
             Private ADR

Deadline for ADR session
✓         90 days from the date of this order.
             other


IT IS SO ORDERED.


Dated:_____ _____


_____ _____ _____ _____
          UNITED STATES DISTRICT      JUDGE

I hereby attest that I have the concurrence of Matthew D. Kenefick to e-file this document.

 /s/ Vernon H. Granneman           

Vernon H. Granneman