1     JEFFER, MANGELS, BUTLER & MARMARO LLP
      ROBERT E. MANGELS (Bar No. 48291), RMangels@jmbm.com
2     MATTHEW S. KENEFICK (Bar No. 227298), MKenefick@jmbm.com
      Two Embarcadero Center, Fifth Floor
3     San Francisco, California  94111-3824
      Telephone:    (415) 398-8080
4     Facsimile:    (415) 398-5584

5     Attorneys for Defendant TOWERS, PERRIN, FORSTER &
      CROSBY, INC., a Pennsylvania corporation

6

7                UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11   PRODIANCE CORPORATION, | CASE NO.    CV08-2824PJH |
| 12             Plaintiff, | **DEFENDANT'S NOTICE OF COMPLIANCE** |
| 13     v. | |
| 14   TOWERS, PERRIN, FORSTER & CROSBY, INC., | |
| 15 | |
| 16            Defendant. | |
| 17 | Complaint filed:      May 6, 2008 |
| | Trial date:             none set |

18

19         **PLEASE TAKE NOTICE** that pursuant to this Court's June 5, 2008, Order Setting

20 Initial Case Management Conference and Deadlines, Federal Rule of Civil Procedure 26(f), and

21 Local ADR Rule 3-5(a), on August 12, 2008, Defendant Towers, Perrin, Forster & Crosby, Inc., a

22 Pennsylvania corporation, met and conferred with Plaintiff Prodiance Corporation.

23 DATED:  August 21, 2008            JEFFER, MANGELS, BUTLER & MARMARO LLP
                              ROBERT E. MANGELS
24                                MATTHEW S. KENEFICK

25

26                   By:   _/s/   Matthew S. Kenefick_____
                              MATTHEW S. KENEFICK
27                  Attorneys for Defendant TOWERS, PERRIN,
                 FORSTER & CROSBY, INC., a Pennsylvania
28                  corporation

JMBM | Jeffer Mangels Butler & Marmaro LLP