1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN (SBN 083532) vernon.granneman@pillsburylaw.com
2  DIANNE L. SWEENEY (SBN 187198) dianne@Pillsburylaw.com
   2475 Hanover Street
3  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
4  Facsimile:  (650) 233-4545

5  Attorneys for Plaintiff
   PRODIANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PRODIANCE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TOWERS, PERRIN, FORSTER &<br>CROSBY, INC.,<br><br>　　　　　　　　Defendant. | Case No. CV 08 02824 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16**<br><br>Complaint filed:  May 6, 2008<br>Trial Date:  None set |
|---|---|

   Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  September 3, 2008.

                                        PILLSBURY WINTHROP SHAW PITTMAN LLP


                                        By  */s/ Vernon H. Granneman*
                                           Vernon H. Granneman
                                           Attorneys for Plaintiff
                                           PRODIANCE CORPORATION

701245405v1                             - 1 -                    CERTIFICATION OF INTERESTED
                                                                 ENTITIES OR PERSONS
                                                                 Case No. CV 08 02824 PJH