JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS (Bar No. 48291), RMangels@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant TOWERS, PERRIN, FORSTER &
CROSBY, INC., a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRODIANCE CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>TOWERS, PERRIN, FORSTER & CROSBY, INC.,<br><br>      Defendant. | CASE NO.     CV08-2824PJH<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT TOWERS, PERRIN, FORSTER & CROSBY, INC., A PENNSYLVANIA CORPORATION**<br><br><br>Complaint filed:        May 6, 2008<br>Trial date:               none set |

     **PLEASE TAKE NOTICE** that Defendant Towers, Perrin, Forster & Crosby, Inc., a

Pennsylvania corporation, by and through undersigned counsel, served on September 4, 2008, by

first-class mail, the Initial Disclosures of Defendant Towers, Perrin, Forster & Crosby, Inc., a

Pennsylvania corporation.

DATED:  September 4, 2008         JEFFER, MANGELS, BUTLER & MARMARO LLP
                           ROBERT E. MANGELS
                           MATTHEW S. KENEFICK


                      By:  ___/s/___Matthew S. Kenefick_____
                             MATTHEW S. KENEFICK
                      Attorneys for Defendant TOWERS, PERRIN,
                      FORSTER & CROSBY, INC., a Pennsylvania
                      corporation

JMBM Jeffer Mangels Butler & Marmaro LLP

PRINTED ON

RECYCLED PAPER

764914v1