1    PILLSBURY WINTHROP SHAW PITTMAN LLP
     VERNON H. GRANNEMAN (SBN 083532)
2      vernon.granneman@pillsburylaw.com
     DIANNE L. SWEENEY (SBN 187198)
3      dianne@Pillsburylaw.com
     2475 Hanover Street
4    Palo Alto, CA  94304-1114
     Telephone: (650) 233-4500
5    Facsimile:  (650) 233-4545

6    Attorneys for Plaintiff
     PRODIANCE CORPORATION
7
     JEFFER, MANGELS, BUTLER & MARMARO LLP
8    ROBERT E. MANGELS (SBN 48291)
       RMangels@jmbm.com
9    MATTHEW S. KENEFICK (SBN 227298)
       MKenefick@jmbm.com
10   Two Embarcadero Center, Fifth Floor
     San Francisco, CA  94111-3824
11   Telephone:  (415) 398-8080
     Facsimile:   (415) 398-5584
12
     Attorney for Defendant
13   TOWERS, PERRIN, FORSTER & CROSBY, INC.

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18   _____

19   PRODIANCE CORPORATION,              )   Case No. CV 08 02824 PJH
                                         )
20                         Plaintiff,    )   **STIPULATION FOR DISMISSAL**
                                         )
21        vs.                            )
                                         )
22   TOWERS, PERRIN, FORSTER &           )
     CROSBY, INC.,                       )
23                                       )
                           Defendant.    )
24                                       )
                                         )
25                                       )
                                         )
26   _____)

27

28

Dismissal (2).doc                - 1 -            STIPULATION FOR DISMISSAL
                                                    Case No. CV 08 02824 PJH

1    1.    The parties hereto through their respective counsel, stipulate and agree that

2    the above-entitled action shall be and is hereby dismissed with prejudice pursuant to Rule

3    41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and

4    attorney's fees herein incurred.

5

6    Dated :  December 8, 2008                    Dated :  December 8, 2008

7    PILLSBURY WINTHROP SHAW            JEFFER, MANGELS, BUTLER &
     PITTMAN LLP                                   MARMARO LLP
8

9    By:    */s/ Vernon H. Granneman*      By:    */s/ Matthew S. Kenefick*
            Vernon H. Granneman                    Matthew S. Kenefick
10          Attorneys for Plaintiff                Attorneys for Defendant
            Prodiance Corporation                  Towers, Perrin, Forster & Crosby, Inc.
11

12

13

14                        12/9/08

15

16                                        IT IS SO ORDERED

17                                        Judge Phyllis J. Hamilton

18

19

20

21

22

23

24

25

26

27

28